Matti Falkenberg, Appellant, v. Simon Heuchel, Respondent.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Hyde Park Terrace Company, Respondent, v. Jackson Bros. Realty Company and Others, Appellants.— Reargument ordered and case set down for Tuesday, March 3, 1914. Present — Jenks, P. J., Burr, Thomas and Putnam, JJ.

Herbert Meater, Respondent, v. Abraham J. Balaban, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Putnam, J., dissented on the ground of error in excluding the question at folio 105.

Erriso Pascucci, Appellant, v. W. H. Hibbard Manufacturing Company, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements, but with leave to the plaintiff to amend upon payment of costs within twenty days. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Union Bank of Brooklyn, Appellant, v. David A. Sullivan and Others, Respondents.— Judgment modified by striking out the words "upon the merits," and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of Harry A. Hanbury for a Writ of Certiorari to Russell Benedict, a Justice of the Supreme Court.— Motion granted, and case set down for Friday, January 13, 1914, at ten A. M. Present — Burr, Thomas, Rich and Putnam, JJ.; Jenks, P. J., not voting.

Mary L. Ibert and Others, as Executors, etc., of Frank Ibert, Deceased, Respondents, v. Obermeyer & Liebmann, a Domestic Corporation, Appellant.— The judgment, so far as it reforms the contract of August 25, 1911, affirmed, but the deficiency judgment now entered against defendant is stricken out, and conclusions of law numbered XLIII and XLIV are modified as hereinafter provided. The decree below and the final conclusion of law are modified so as to provide that, upon plaintiffs herein satisfying such deficiency judgment now entered against the executors of the will of Frank Ibert, deceased, they shall be at liberty to apply, at the